BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
ADAM M. JOHNSON, IDAHO STATE BAR NO. 11805
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
6450 N. MINERAL DRIVE SUITE 210
COEUR D'ALENE, ID 83815
TELEPHONE: (208) 667-6568
FACSIMILE: (208) 667-0814

U.S. COURTS
APR 21 2026
Rcvd_____ Filed_____ Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT RAYMOND MORSE,<br><br>Defendant. | Case No. 2:26-CR-00039-AKB-1<br><br>**SUPERSEDING INDICTMENT**<br><br>26 U.S.C. §§ 5841, 5861(d), 5871, and 5872 |

The Grand Jury charges:

**<u>COUNT ONE</u>**
**Possession of Unregistered Firearm**
**26 U.S.C. §§ 5841, 5861(d), and 5871**

On or about February 12, 2026, in the District of Idaho, the Defendant, ROBERT RAYMOND MORSE, did knowingly possess a black and white firearm in pistol configuration having a barrel of less than 16 inches in length and a vertical foregrip, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

**COUNT TWO**
**Possession of Unregistered Firearm**
**26 U.S.C. §§ 5841, 5861(d), and 5871**

On or about February 12, 2026, in the District of Idaho, the Defendant, ROBERT RAYMOND MORSE, did knowingly possess a .22 LR caliber pistol measuring approximately 5 inches in overall length and incorporating a smooth bore barrel, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

**COUNT THREE**
**Possession of Unregistered Firearm**
**26 U.S.C. §§ 5841, 5861(d), and 5871**

On or about February 12, 2026, in the District of Idaho, the Defendant, ROBERT RAYMOND MORSE, did knowingly possess a cylindrical firearm silencer measuring approximately 5 and 1/8 inches in overall length and wrapped with a black adhesive tape, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

**CRIMINAL FORFEITURE ALLEGATION**
**Firearm Forfeiture**
**26 U.S.C. § 5872**

Upon conviction of the offense alleged in Count One of this Indictment, the Defendant, ROBERT RAYMOND MORSE, shall forfeit to the United States, any firearms or any ammunition and accessories involved in or used in the commission of the offense. The property to be forfeited includes, but is not limited to, the following:

1. Seized Property.

   i. A black and white firearm in pistol configuration having a barrel of less than 16 inches in length and a vertical foregrip;

ii. A .22 LR caliber pistol measuring approximately 5 inches in overall length and incorporating a smooth bore barrel;

iii. A cylindrical firearm silencer measuring approximately 5 and 1/8 inches in overall length and wrapped with a black adhesive tape;

iv. Any associated ammunition and accessories.

2. Substitute Assets. Pursuant to 21 U.S.C. § 853(p) and other applicable statutes, the government will seek forfeiture of substitute assets, or "any other property of the defendant," up to the value of Defendant's assets subject to forfeiture. The government will do so when the property subject to forfeiture cannot be forfeited for one or more of the following reasons:

a. Cannot be located upon the exercise of due diligence;

b. Has been transferred or sold to, or deposited with, a third person;

c. Has been placed beyond the jurisdiction of the court;

d. Has been substantially diminished in value; or

e. Has been commingled with other property which cannot be subdivided without difficulty.

Dated this 21st day of April, 2026.

A TRUE BILL

*/s/ [signature on reverse]*

FOREPERSON

BART M. DAVIS
UNITED STATES ATTORNEY
By:

ADAM M. JOHNSON
ASSISTANT UNITED STATES ATTORNEY